UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YI QIAO, *et al.*,

                        Plaintiffs,

    v.

RONGFANG "FLORA" CHAN, *et al.*,

                        Defendants.

Case No. C20-01821-RSM

MINUTE ORDER

      The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

      On December 19, 2020, Plaintiffs filed a motion entitled "Emergency Motion for Remand," seeking immediate remand of this action to King County Superior Court with attorney's fees and costs. Dkt. #5. The Western District of Washington does not have a procedure for the filing of emergency motions outside of Fed. R. Civ. P. 65 and LCR 65. Plaintiff's motion, Dkt. #5, is inconsistent with Fed. R. Civ. P. 65 and does not set forth the elements of a temporary restraining order. The Court deems it an improperly noted motion for remand and will re-note it as a fourth Friday motion consistent with LCR 7(d)(3).

      DATED this 21st day of December, 2020.

                                                             WILLIAM McCOOL, Clerk

                                                            By:    /s/ Paula McNabb
                                                                              Deputy Clerk

MINUTE ORDER - 1